No. 00A33. JOYCE-HAYES ET AL. v. YOUNG. Application to vacate the stay of execution of sentence of death entered by the

United States Court of Appeals for the Eighth Circuit on July 11, 2000, presented to JUSTICE THOMAS, and by him referred to the Court, denied. JUSTICE KENNEDY took no part in the consideration or decision of this application.